# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | | |
|---|---|---|---|
| GLEN SPRADLING, | ) | | |
| Plaintiff, | ) | | |
| v. | ) | No. | 3:19-CV-202-RLJ-HBG |
| CLAIBORNE COUNTY JAIL, ADAM WILSON, SOUTHERN HEALTH PARTNERS, RUSTY LONZA, SGT. JOHN WILSON, SGT. CODY LOWE, and OFFICER DILLON JACKSON, | ) | | |
| Defendants. | ) | | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Defendants' motions for summary judgment [Docs. 24, 27] are **GRANTED** and this former prisoner's pro se complaint for violation of § 1983 is **DISMISSED without prejudice** due to Plaintiff's failure to exhaust his administrative remedies for the incident underlying his complaint prior to filing this action.

Because the Court **CERTIFIED** in the memorandum opinion that any appeal taken from this decision would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ John Medearis
CLERK OF COURT